United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

MARGARET ALICE SELTZER –
#087707

No. C 12-80296 WHA

**ORDER OF SUSPENSION**

                                     /

    Because Margaret Alice Seltzer has failed to respond to the order to show cause, Ms. Seltzer's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   February 7, 2013.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE