United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>MARGARET ALICE SELTZER –<br>#087707<br><br>_____/ | No. C 12-80296 WHA<br><br>**ORDER OF SUSPENSION** |

    Because Margaret Alice Seltzer has failed to respond to the order to show cause, Ms. Seltzer's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE